# UNITED STATES DISTRICT COURT

WESTERN DISTRICT **DISTRICT OF** PENN SYLVANIA  04cv40254NG

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

RECEIVED DEC 27 2004

CASE NUMBER: 04cv40254NG

I, GEORGE WOODEN JR, declare that I am the (check appropriate box)
[x] petitioner/plaintiff/movant   [ ] other

in the above entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [x] Yes   [ ] No   (If "No" go to part 2)

   If "Yes" state the place of your incarceration  FEDERAL MEDICAL CENTER BUTNER

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes" state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and pay period and the name and address of your last employer.

   F.C.I. MCKEAN P.O. BOX #8000 BRADFORD, PA. 16701 IN (2002) RECREATION ORDERLY SALARY $ 30.00 MONTHLY ONLY WORKED FOR 1 MONTH AND A HALF. BOSS NAME IS JOHN RIMER RECREATION ORDERLY

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession of other self-employment   Yes [ ]  No [x]
   b. Rent payments, interest or dividends   Yes [ ]  No [x]
   c. Pensions, annuities of life insurance payments   Yes [ ]  No [x]
   d. Disability or workers compensation payments   Yes [ ]  No [x]
   e. Gifts or inheritances   Yes [x]  No [ ]
   f. Any other sources   Yes [ ]  No [x]

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. BROTHERS SENT ME MONEY FOR MY BIRTHDAY SEAN SENT ME $40.00 & TOMMY SENT ME $$40.00 A FRIEND SENT ME $32.00 FOR MY BIRTHDAY. I AM NOT EXPECTING ANY MORE MONEY FROM NOONE.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

_12/22/04_  
DATE

_[signature]_  
SIGNATURE OF APPLICANT

*I/m Wooden did appear before me this 22nd day of December 2004*

**CERTIFICATE**  
(Incarcerated applicants only)  
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ _100_____.

**A ledger sheet showing the past six months' transactions:**  
☐ is attached       ☐ is not available at this institution

_12/22/04_  
DATE

_[signature] Martinez, Counselor_  
SIGNATURE OF AUTHORIZED OFFICER

*Commission expires 5/5/06*  
*Elaine B Martinez*

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 56075066 | Current Institution: | Butner FMC |
| Inmate Name: | WOODEN, GEORGE | Housing Unit: | MED/SURG |
| Report Date: | 12/05/2004 | Living Quarters: | J02-011L |
| Report Time: | 3:14:04 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

Administrative Hold Indicator: No
No Power of Attorney: No
Never Waive NSF Fee: No
Max Allowed Deduction %: 100
PIN: 8986
FRP Participation Status: ExemptTmp
Arrived From: FAI
Transferred To:
Account Creation Date: 3/15/2002
Local Account Activation Date: 6/3/2004 4:39:20 AM

Sort Codes:
Last Account Update: 11/23/2004 8:46:44 AM
Account Status: Active
ITS Balance: $0.00

**FRP Plan Information**

FRP Plan Type         Expected Amount   Expected Rate

## Account Balances

Account Balance: $0.02
Pre-Release Balance: $0.00
Debt Encumbrance: $0.00
SPO Encumbrance: $0.00
Other Encumbrances: $0.00
Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $0.02
National 6 Months Deposits: $212.00
National 6 Months Withdrawals: $237.48
National 6 Months Avg Daily Balance: $29.92
Local Max. Balance - Prev. 30 Days: $53.32
Average Balance - Prev. 30 Days: $13.41

## Commissary History

### Purchases

Validation Period Purchases: $20.70
YTD Purchases: $63.15
Last Sales Date: 11/23/2004 8:46:44 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $13.30
Remaining Spending Limit: $276.70

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments:

PER DHO FMC BUT