UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE WOODEN, JR.,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **C.A. No. 04-40231-NG** |
| ) | **LEAD DOCKET NUMBER** |
| **FMC DEVENS, ET AL.,** ) | |
| **Defendant.** ) | |
| GEORGE WOODEN, JR., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-40254-NG |
| ) | |
| FMC DEVENS, ET AL., ) | |
| Defendant. ) | |
| GEORGE WOODEN, JR., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-40255-NG |
| ) | |
| FMC DEVENS, ET AL., ) | |
| Defendant. ) | |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION

The three cases above are **ORDERED** consolidated under the **lead case, docket number 04-40231-NG**, pursuant to Fed. R. Civ. P. 42 because they involve common parties and common legal and factual issues.

**All future pleadings and submissions shall be filed only under the lead case number,04-40231-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: March 24, 2005**                    **s/ NANCY GERTNER, U.S.D.J.**